**Malanie DAVIS, Plaintiff—Appellee,**

v.

**COUNTY OF LOS ANGELES; Los Angeles County Sheriff's Department, an agent of the entity; Estate of Sherman Block; Lee Baca, Sheriff; Deputy Herrera, Defendants—Appellants.**

No. 01–55570.

D.C. No. CV–00–08910–WJR.

United States Court of Appeals, Ninth Circuit.

---

Submitted March 14, 2002.*

Decided April 3, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and CEBULL, District Judge.**

### MEMORANDUM ***

The Los Angeles Sheriff's Department, "when functioning as the administrator of the local jail, is a County actor, and ... the County may therefore be subject to liability under 42 U.S.C. § 1983." *Streit v. County of Los Angeles*, 236 F.3d 552, 565 (9th Cir.2001). Guarding and transporting inmates within a county jail falls within "the oversight and management of the local jail," and "the Sheriff acts for the County in this management function." *Id.* at 561. The County of Los Angeles therefore may not invoke Eleventh Amendment immunity against Davis's claim that the employees of the Los Angeles Sheriff's Department violated her civil rights during an internal jail transfer.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Richard F. Cebull, United States District Judge for the District of Montana, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.